USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION as Trustee for the benefit of Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB47, | 24-CV-3966 (VEC) |
| Plaintiff, | ORDER |
| -against- | |
| JOEEFI LLC, THE ESTATE OF JOSEPH GOLDBERGER, EVA GOLDBERGER, BLUE WHALE EAST 182ND LLC, SHONY & G CORP.; CITY OF NEW YORK DEPARTMENT OF ENVIRONMENTAL CONTROL; DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT; and "JOHN DOE #1" through "JOHN DOE #20," the twenty names being fictitious and unknown to the Plaintiffs, the person or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest in lien upon the premises, | |
| Defendants. | |

------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties are scheduled to appear for a show-cause hearing and initial pretrial conference on Thursday, August 15, 2024, at 2:30 P.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007; and

WHEREAS an in-person conference is no longer convenient for the Court;

IT IS HEREBY ORDERED that the show-cause hearing and initial pretrial conference will be held on Thursday, August 15, 2024, at 2:30 P.M. **by telephone**. The parties must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 3966. All

attendees are advised to mute their phones when not speaking and to self-identify each time they speak. Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

**Date:   August 15, 2024**
       **New York, New York**

                                 **VALERIE CAPRONI**
                                 **United States District Judge**

2