USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

U.S. BANK NATIONAL ASSOCIATION as Trustee for the benefit of Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB47,

Plaintiff,

-against-

JOEEFI LLC, THE ESTATE OF JOSEPH GOLDBERGER, EVA GOLDBERGER, BLUE WHALE EAST 182ND LLC, SHONY & G CORP.; CITY OF NEW YORK DEPARTMENT OF ENVIRONMENTAL CONTROL; DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT; and "JOHN DOE #1" through "JOHN DOE #20," the twenty names being fictitious and unknown to the Plaintiffs, the person or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest in lien upon the premises,

Defendants.

-----------------------------------------------------------------X

24-CV-3966 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 15, 2024, the parties appeared by telephone for a show-cause hearing regarding the appointment of a rent receiver and an initial pretrial conference;

IT IS HEREBY ORDERED that by not later than **Monday, August 19, 2024,** Plaintiff must file a proposed order that, as described during the teleconference, (1) grants Plaintiff's request for a rent receiver effective in early September if the parties are unable to resolve this

matter on their own, and (2) sets deadlines by which Plaintiff must amend its Complaint and Defendants must answer.

**SO ORDERED.**

**Date: August 15, 2024**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**