USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/22/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
U.S. BANK NATIONAL ASSOCIATION as Trustee for the benefit of Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB47,

                      Plaintiff,

-against-

JOEEFI LLC, THE ESTATE OF JOSEPH GOLDBERGER, EVA GOLDBERGER, BLUE WHALE EAST 182ND LLC, SHONY & G CORP.; CITY OF NEW YORK DEPARTMENT OF ENVIRONMENTAL CONTROL; DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT; and "JOHN DOE #1" through "JOHN DOE #20," the twenty names being fictitious and unknown to the Plaintiffs, the person or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest in lien upon the premises,

                      Defendants.
---------------------------------------------------------------X

24-CV-3966 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on August 20, 2024, the Court appointed Stephen J. Ginsberg as the temporary receiver ("Receiver") of the assets belonging to Defendant Joeefi LLC, including its real property, *see* Dkt. 46;

      WHEREAS on April 8, 2025, and September 18, 2025, the Receiver filed status reports detailing, *inter alia*, the services he performed and the rents received at an apartment building located at 546 E. 182nd Street, Bronx County, New York (the "Mortgaged Premises"), *see* Dkts. 102 and 113; and

WHEREAS the status reports included the names of the tenants of the Mortgaged Premises;

IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to seal the filings at Dkts. 102 and 113 and restrict viewing to the parties and the Court.

IT IS FURTHER ORDERED that by **Friday, September 26, 2025**, the Receiver must file versions of the previous status reports that redact the names of any tenants. Future status reports should also redact or anonymize tenant names.

**SO ORDERED.**

Date: September 22, 2025  
New York, New York

_____  
VALERIE CAPRONI  
United States District Judge