**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
U.S. BANK NATIONAL ASSOCIATION as
Trustee for the benefit of Holders of J.P. Morgan
Chase Commercial Mortgage Securities Corp.,
Multifamily Mortgage Pass-Through Certificates,
Series 2018-SB47,

                 Plaintiff,                  24 **CIVIL** 3966 (VEC)(RFT )

    -against-                         **JUDGMENT**

JOEEFI LLC, THE ESTATE OF JOSEPH
GOLDBERGER, EVA GOLDBERGER, BLUE
WHALE EAST 182ND LLC, SHONY & G
CORP.; CITY OF NEW YORK DEPARTMENT
OF ENVIRONMENTAL CONTROL; and
DEPARTMENT OF HOUSING PRESERVATION
AND DEVELOPMENT,

                 Defendants.
------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated April 28, 2026, the Court adopts the Report & Recommendation

in its entirety. Accordingly, judgment is entered in favor of Plaintiff directing payment to

Plaintiff by the Borrowing Defendants in the amount of $3,434,126.53, plus post-judgment

interest at a rate calculated based on the weekly average one-year constant maturity Treasury

yield for the week preceding the date on which judgment is entered and the case is closed.

**Dated:**  New York, New York
       April 30, 2026

                                 **TAMMI M. HELLWIG**
                                    _____
                                    **Clerk of Court**

                   **BY:**
                                    _____
                                    **Deputy Clerk**