Moritt Hock & Hamroff LLP
ATTORNEYS AT LAW

**Stephen J. Ginsberg**
Partner
Direct Dial: 516.880.7219
Email: sginsberg@moritthock.com

October 14, 2026

**VIA ECF**

The Honorable Valerie Caproni
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007-1312

**Re: U.S. Bank National Association v. Joeefi LLC, et al.**
**Civil Action No. 24-cv-03966 (the "Foreclosure Action")**

Dear Judge Caproni:

As you are aware, on August 20, 2024, the Court entered an Order [Doc. No. 46] (the "Receivership Order") in the Foreclosure Action appointing me to serve as the Receiver for Joeefi LLC ("Joeefi" or "Borrower") and its real property, consisting of an apartment building located at 546 E. 182nd Street, Bronx County, New York (Block 3048, Lot 30) (the "Mortgaged Premises").

On or about May 18, 2026 the Court granted a Final Judgment of Foreclosure and Sale, (the "JFS Order") [Doc No. 135]. Pursuant to the JFS Order, the Court directed me to sell the Mortgaged Premises at auction.

On July 15, 2026, I held the Foreclosure Auction of the Mortgaged Premises. The Plaintiff, as sole member of 546 E 182nd Street Owner, LLC, made a credit bid in the amount of $1,000.00. Because it was the only bid received, I accepted it.

On or about October 12, 2026, my Receiver's Report of Sale was filed with the Court [Doc. No. 142].

Based upon the forgoing, I hereby respectfully request the Court discharge my Receiver's Bond, Bond No. 015223669.

Thank you for the Court's consideration in this matter.

Respectfully submitted,

Stephen J. Ginsberg in my capacity
as Receiver for Joeefi LLC

SJG/vj
Enclosure
cc: All counsel appearing in this case via ECF